[No. 8615. Department Two. June 13, 1910.]

HERMAN SEEFELDT, *Respondent*, v. LOUISE SEEFELDT, *Appellant*.[1]

Appeal from a judgment of the superior court for King county, William D. Totten, Esq., judge *pro tempore*, entered September 17, 1909, upon findings in favor of the plaintiff, after a trial on the merits before the court without a jury, in an action for divorce. Affirmed.

*Shorett & Shorett* and *Thomas T. Littell*, for appellant.
*James E. Bradford*, for respondent.

PER CURIAM.—This is a divorce case. The statement of facts is comprised of between three and four hundred pages of testimony of the ultra salacious type, a specific review of which would serve no useful purpose. The case involves only questions of fact. An examination of the testimony convinces us that the decree of the trial court was equitable. The judgment will therefore be affirmed.

[1]Reported in 109 Pac. 1119.